UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ZACHARY D. J. FLESCHNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00201-MG-JRS |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the decision of the Administrative Law Judge, and **REMANDS** this matter for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

Date: 9/28/2023

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record.**